IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:05cr00299 SWW |
| | * | |
| | * | |
| | * | |
| CORY SHANE PEACOCK, | * | |
| | * | |
| Defendant. | * | |

ORDER

Before the Court is *pro se* defendant Cory Shane Peacock's motion [doc.#52] for

documents necessary to execute a petition for writ of certiorari to the Supreme Court of the

United States and his motion [doc.#51] to proceed before that Court *in forma pauperis* ("IFP").

Both of these motions are denied without prejudice to his right to properly submit them to the

United States Supreme Court.  Defendant is directed to the Rules of the Supreme Court of the

United States, including Rules 12.2 and 39, which address proceedings IFP, for guidance as to

how to proceed.[1]


IT IS SO ORDERED this 23rd day of January 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] In examining those rules, it certainly does not appear that defendant is in need of all the materials he requests in order
to complete his petition for writ of certiorari.  *See, e.g.,* Rule 14 (detailing the contents of a petition for writ of certiorari).